## Commonwealth *v.* Jamison, Appellant.

Before WILSON, J., without a jury.

■ Submitted June 16, 1975. *Carol J. Clarfeld,* and *Mottola, Larkin and Clarfeld,* for appellant; *David Fabe Michelman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.